SCOTT & HOWE LUMBER COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION OF WISCONSIN and another, Respondents.

*May 9—June 3, 1924.*

*Scott & Howe Lumber Co. v. Industrial Comm., ante,* p. 276, followed.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

The cause was submitted for the appellants on the brief of *Brown, Pradt & Genrich* of Wausau, and for the respondent *Industrial Commission* on that of the *Attorney General* and *Mortimer Levitan,* assistant attorney general.

CROWNHART, J. This case was tried before the *Industrial Commission* and the circuit court together with *Scott & Howe Lumber Co. v. Industrial Comm.,* decided herewith (*ante,* p. 276, 199 N. W. 159). The two cases were here submitted together. The facts of the two cases were substantially the same. This case is governed by the opinion in the above mentioned case.

*By the Court.*—The judgment of the circuit court is affirmed, the appellant to pay the clerk's fees.